**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6020

KEVIN HOWARD,

Plaintiff - Appellant,

and

DEAN WILLIAMS,

Plaintiff,

v.

WARDEN M. PETTIFORD; LIEUTENANT SHAWNCE, Lieutenant SIS at
FCI-Bennettsville; LIEUTENANT MILLER, Lieutenant at FCI-
Bennettsville; DOCTOR RINCE, Doctor and Head Psychologist at
FCI-Bennettsville; DOCTOR BARROUS, Doctor and Medical Director
at FCI-Bennettsville; D. BOWENS, Captain at FCI-Bennettsville,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  R. Bryan Harwell, District Judge.
(9:07-cv-00887-RBH)

Submitted:  February 28, 2008            Decided:  March 10, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Howard, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Howard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. <u>Howard v. Pettiford</u>, No. 9:07-cv-00887-RBH (D.S.C. Oct. 23, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>